# Loan Modification Final Report

**Debtors:** Efrain Andreu  
**Loan No:** ******3251  
**Debtor Attorney:** Clayton Everett  

**Case No:** 19-41557  
**Judge:** Judge Mark X. Mullin  
**Ch:** 13

## Portal Information

The Creditor was Registered on the Portal at the time the Objection Period expired/Order was issued  
The Debtor submitted the Initial LMM Package on the Portal on **07/02/2019**  
The Creditor acknowledged receipt of Debtor's Initial LMM Package on the Portal on **07/08/2019**

## Request for Loan Modification

The Initial Notice of LMM was filed on **06/26/2019**

## Deadlines

**Debtor Deadlines**
   The Debtor did complete Debtor's Initial LMM Package prior to filing the Initial Notice of LMM
   Initial LMM Package Completed on 06/08/2019
   Initial Notice of LMM filed on 06/26/2019

   The Debtor did timely submit Debtor's completed Initial LMM Package to the Creditor on the Portal
   Date Order Issued/Date Objection Period Expired: 07/10/2019
   Date Creditor Registered: 08/27/2010
   Date Initial LMM Package submitted on Portal: 07/02/2019

**Creditor Deadlines**
   The Creditor did timely register on the Portal
   Date Order Issued/Date Objection Period Expired: 07/10/2019
   Date Creditor Registered: 08/27/2010

   The Creditor did timely acknowledge receipt of Debtor's Initial LMM Package and designate counsel and single point of contact
   Date Initial LMM Package submitted on Portal: 07/02/2019
   Creditor acknowledged receipt of Debtor's Initial LMM Package on the Portal on 07/08/2019

   The Creditor did timely pay the Program Manager Fee
   Date Initial LMM Package submitted on Portal: 07/02/2019
   Date Program Manager fee paid: 07/09/2019

## Deadline Extensions

Deadline Extensions Filed: 0

## Auditor Conferences

Auditor Conferences Held: 0

## Results

Trial Loan Modification:

There **was** a Trial Loan Modification
An Order Approving the Trial Loan Modification Agreement **was not** entered

Outcome:

The outcome of the Loan Modification Program was **Loan Modified**
Details: Motion to Approve Loan Modification was filed, and Loan Modification Agreement went into effect February 1, 2020.

I have reviewed the details set forth above. I, Clayton Everett, am verifying, subject to perjury, the accuracy of the information set forth in this Loan Modification Final Report.

Clayton Everett
Attorney ID# 24065212
Email Address: clayton@norredlaw.com
515 E. Border St., Arlington, TX 76010
817-704-3984
Attorney for: Efrain Andreu

Date Report Completed: 02/06/2020