UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Dianira Otero and<br>Efrain Pastrana Andreu,<br><br>        Debtor(s), | Case No. 19-41557-MXM13<br>Chapter 13 |

### ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY

CAME ON BEFORE THE COURT Debtors Dianira Otero and Efrain Pastrana Andreu requested an order granting Debtors' Motion to Sell Real Property, and the Court finds good cause exists to grant the Motion. It is therefore,

ORDERED that the Debtors are allowed to sell the homestead property located at 9212 Curacao Drive, Fort Worth, Texas.

IT IS FURTHER ORDERED that the proceeds from the sale of 9212 Curacao Drive, Fort Worth, Texas shall be distributed by the title company as follows:

1. Payment of the costs of sale.

2. Payment in full of all liens against the property including the prorated ad valorem taxes for 2024.

3. Payment of $450 to Norred Law for attorney fees for the filing and prosecuting of the Motion to Sell. The check to be made payable to Norred Law and mailed to 515 E. Border Street, Arlington, Texas 76010.

4. Payment of $_____ made payable to Pam Bassell, Chapter 13 Trustee and mailed to PO Box _____. The check shall reference the Debtors' names, Dianira Otero and Efrain Pastrana Andreu, and case number 19-41557. The payment to the trustee is sufficient to pay 100% of allowed unsecured claims.

5. The balance of the proceeds shall be distributed to Dianira Otero and Efrain Pastrana Andreu as they direct.

Notwithstanding anything herein to the contrary, the liens securing payment of the current-year ad valorem property taxes shall remain attached to the property to secure payment of all ad valorem property taxes assessed on the property for the current tax year and any penalties and interest that may accrue thereon.

### END OF ORDER ###

Prepared & approved by:

By: __/s/ Clayton L. Everett____
Clayton L. Everett, TXBN: 24065212
clayton@norredlaw.com
Counsel for Debtors